**Fill in this information to identify the case:**

Debtor name: Interurban Housing Corporation

United States Bankruptcy Court for the: _____ District of Louisiana (State)

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Global Strategies<br>7014 13th Ave #202<br>Brooklyn NY 11228 | John Colangelo<br>jcolangelo@globalloansource.com<br>716-444-1461 | Judgment | contingent | | | 3,000,000 |
| 2 | Sewerage & Water Board<br>New Orleans, LA<br>625 St Joseph St, New Orleans, LA 70165 | City of New Orleans<br>(504) 529-2837 | Water bill | disputed | | | 3500.00 |
| 3 | Ryan Brown<br>Sylvia Brown<br>2217 2nd Street, Slidell, LA 70458-3611 | Phone: 985-605-0495<br>Fax: 985-643-6446<br>Earnest Anderson | Promissory note | disputed | | | 70,000.00 |
| 4 | Verizon Wireless<br>1095 Avenue of the Americas, New York, NY 10036, USA 212.395.1000 | | cell bill | disputed | | | 500.00 |
| 5 | Entergy of New Orleans<br>1600 Perdido St, New Orleans, LA 70112 | | light bill | disputed | | | 500.00 |
| 6 | Cox Cable of New Orleans<br>3131 Elysian Fields Ave, New Orleans, LA 70122 | | cable bill | disputed | | | 150.00 |
| 7 | Capital One Bank<br>Capital One<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | | credit card | disputed | | | 63,000.00 |
| 8 | Home Depot<br>2455 Paces Ferry Rd. Nw<br>Atlanta, GA 30339 | | credit card | disputed | | | 50,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor  **Interurban Housing Corporation**　　　　　　　Case number (if known) _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Lowes Home Improvement, 1000 Lowe's Boulevard, Mooresville, NC 28117 | (800) 445-6937 | | disputed | | | 51,000.00 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |